Trush, Respondent, vs. Trush, Appellant.

For the appellant: *Fiedler, Garrigan & Grimm* of Beloit.
For the respondent: *Arnold & Johnston* of Beloit.

*By the Court.*—Judgment affirmed.

*February 9, 1932.*

Montgomery Ward & Company and another, Appellants, vs. Industrial Commission and another, Respondents.

For the appellants: *Linderman, Ramsdell & King* of Eau Claire.

For the respondents: *John W. Reynolds,* attorney general, and *Mortimer Levitan,* assistant attorney general.

*By the Court.*—Judgment affirmed.

Olson (Margaret), Respondent, vs. McIver, Appellant.

For the appellant: *Sanborn, Lamoreux & Pray* of Ashland.

For the respondent: *Brown, Pradt & Genrich* of Wausau.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on April 5, 1932.